```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38312
    ANTHONY NEITA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-2817


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/14/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  53.04% from remaining funds.

     The case was paid in full 07/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CREDIT UNION 1               SECURED                 .00          .00            .00
SELECT PORTFOLIO SERVICI     CURRENT MORTG           .00          .00            .00
PORTFOLIO RECOVERY ASSOC     UNSECURED          2639.85           .00        1400.18
CAPITAL ONE                  UNSECURED         NOT FILED          .00            .00
CAPITAL ONE                  UNSECURED         NOT FILED          .00            .00
CAPITAL ONE                  UNSECURED         NOT FILED          .00            .00
CARDMEMBER SERVICES          UNSECURED         NOT FILED          .00            .00
FIRST CONSUMERS NB           UNSECURED OTH      889.29            .00         471.65
MONOGRAM BANK OF GEORGIA     UNSECURED         NOT FILED          .00            .00
UNIFUND CCR PARTNERS         UNSECURED          3626.00           .00        1923.23
UNIFUND CCR PARTNERS         UNSECURED          4358.12           .00        2311.55
SAMS CLUB CREDIT CARD        UNSECURED         NOT FILED          .00            .00
RESURGENT ACQUISITION LL     UNSECURED           259.54           .00         137.66
NCM TRUST                    UNSECURED          3006.87           .00        1594.84
SELECT PORTFOLIO SERVICI     CURRENT MORTG           .00          .00            .00
AT & T WIRELESS              UNSECURED            595.29          .00         315.74
SELECT PORTFOLIO SERVICI     CURRENT MORTG           .00          .00            .00
SELECT PORTFOLIO SERVICI     SECURED NOT I          .00           .00            .00
SELECT PORTFOLIO SERVICI     SECURED NOT I          .00           .00            .00
ECMC                         UNSECURED OTH      3791.37           .00        1326.98
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       2,405.20                      2,405.20
TOM VAUGHN                   TRUSTEE                                           712.97
DEBTOR REFUND                REFUND                                          3,787.24

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     16,387.24

PRIORITY                                                 .00
SECURED                                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38312 ANTHONY NEITA
```

```
UNSECURED                                                 9,481.83
ADMINISTRATIVE                                            2,405.20
TRUSTEE COMPENSATION                                        712.97
DEBTOR REFUND                                             3,787.24
                                    ---------------    ---------------
TOTALS                                   16,387.24          16,387.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```